# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEREK FOLLEY,

    Petitioner,      :      Case No. 3:22-cv-65

- vs -      District Judge Thomas M. Rose
      Magistrate Judge Michael R. Merz

KEITH J. FOLEY, Warden,

      :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

    The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 76) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

    Accordingly, it is hereby ORDERED that Petitioner's Motion for Recusal of District Judge Thomas M. Rose (ECF No. 75) is DENIED.

May 12, 2022.

                                          s/Thomas M. Rose

                                          _____
                                            Thomas M. Rose
                                        United States District Judge