**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

DEREK FOLLEY,

                Petitioner,        :     Case No. 3:22-cv-065

    - vs -                         District Judge Thomas M. Rose
                                    Magistrate Judge Michael R. Merz

KEITH J. FOLEY, Warden,

                                    :
                Respondent.

## REPORT AND RECOMMENDATIONS

        This habeas corpus case, brought *pro se* by Petitioner Derek Folley under 28 U.S.C. § 2254, is before the Court on Folley's most recent summary judgment motions (ECF Nos. 105 and 106). These motions should both be denied without prejudice to their renewal after the record is complete.

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.

July 29, 2022.

                              s/ *Michael R. Merz*
                          United States Magistrate Judge