# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEREK FOLLEY,

        Petitioner,      :      Case No. 3:22-cv-065

  - vs -                             District Judge Thomas M. Rose
                                        Magistrate Judge Michael R. Merz

KEITH J. FOLEY, Warden,

                                   :

        Respondent.

## REPORT AND RECOMMENDATIONS ON SECOND MOTION FOR RECONSIDERATION

This habeas corpus case is before the Court upon Petitioner's Second Motion for Reconsideration (ECF No. 233). Folley's Motion should be denied on the same basis as recommended in ECF No. 226.

December 16, 2022.

### NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections

1

in accordance with this procedure may forfeit rights on appeal.

December 16, 2022.

s/ *Michael R. Merz*
United States Magistrate Judge
