# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEREK FOLLEY,

    Petitioner,                         :         Case No. 3:22-cv-65

- vs -                                      District Judge Thomas M. Rose
                                                Magistrate Judge Michael R. Merz

KEITH J. FOLEY, Warden,

                                           :

    Respondent.

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

The Court has reviewed the Reports and Recommendations of United States Magistrate Judge Michael R. Merz (ECF Nos. 226 and 234) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Reports and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion for Reconsideration (ECF No. 226) and Petitioner's Second Motion for Reconsideration (ECF No. 234) are DENIED.

Dated: January 9, 2023.

                                                                   s/Thomas M. Rose
                                                                     Thomas M. Rose
                                                               United States District Judge